UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATRAILE BERNICE MCGOWAN,

    Defendant.
_____/

Case No. 1:18-cr-201-2

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on January 28, 2019 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 76) is approved and adopted as the opinion of the Court.

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts Three and Four of the Indictment.

Dated: February 12, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge